```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

DERWIN ROGERS                                          PETITIONER

VS.                          CIVIL ACTION NO. 5:04cv193-DCB-JCS

JAMES NEWMAN, ET AL.                                  RESPONDENTS

## **FINAL JUDGMENT**

This matter came before the Court on the petitioner's objection to Magistrate Judge James C. Sumner's Report and Recommendation of April 6, 2006, which recommends that the case be dismissed with prejudice **(docket entry 44),** and the Court having adopted the Report and Recommendation of even date herewith, Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 26th day of May, 2006.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE